FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA·
OCALA DIVISION

2010 JAN 19  AM 11: 45

CASE NO.:_____

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

MR. DARNELL MONROE LONG #26692-001
          PLAINTIFF,

5:10-CV-19-OC-26GRJ

VS.

ULYSESS VARGAS, Health Service Administrator; and,
SCOTT MIDDLEBROOKS, Warden,
          Defendant.

_____/

**MOTION TO COMPEL A GOVERNMENT OFFICIAL TO
PERFORM A DUTY OWED TO THE PETITIONER
PURSUANT TO TITLE 28 U.S.C. § 1361**

Comes Now, the Petitioner, Darnell Monroe Long, pro-se pursuant to 28 U.S.C. § 1361, who respectfully moves this Honorable to issue a mandamus directing the Federal Bureau of Prisons employee's named herein to show cause as to why they have denied the Petitioner a prosthetic leg or any physical or mental therapy related to his loss of a limb in violation of 18 U.S.C. § 3553(a).  In support thereof, Petitioner avers, under penalty of law as follows:

**JURISDICTION:**

The District Court shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Plaintiff.

STATEMENT OF FACTS:

In October of 2006 I lost my leg in a train accident. On April 11, 2008, I entered the Federal Bureau of Prisons. My first Institution was FCI Talledga in ALabama. I was assigned a cell in Gamma Unit that required that I jump out of my wheelchair and hop to the cell. It was not a handicap cell.

On June 02, 2008 I went to my counselor in Gamma Unit for a BP 8½ form to file on my living conditions. On August 19, 2008, I fell and injured my back and neck trying to jump up an 18 foot stump.

On August 27, 2008 I was transferred to FCI Edgefield, in Edgefield, South Carolina where I am currently being housed.

On September 25, 2008 I went to the Medical department on a regular chech-up. I asked Dr. Lopez about getting a prosthetic leg and some rehabilitation therapy. He said that would not happen at this Institution and I ended up signing a refusal because they were refusing to give me any proper medical treatment.

On May 4, 2008 I requested to be transferred to a Medical Facility where I would receive proper treatment and a prosthetic leg. In reply to my request, on June 6, 2008 the Medical Department stated that I would not be getting a prosthetic leg, but provided a wheelchair instead.

Since I have been at FCC Coleman 1 my physical condition is not getting better by the use of a wheelchair. I cannot get any therapy because they do not have any exercise equipment for amputee's at this facility. By being confined to a wheelchair I am loosing strength in my good leg and suffering from back pain due to long periods of sitting. My mussels are starting to deteriorate, I am now suffering from bed and chair sores.

2

Without proper treatment and some rehabilitation and exercise program, my health is going to continue to get worse.

On September 7, 2008, I started to exhaust my Administrative Remedies and completed the process in January 2009, when the Bureau of Prisons failed to respond to my BP-11 in a timely manner and upon discovering that there was no request for an extension of time to file a response, I was advised to consider the BP-11 denied and proceed with my litigation. See the Appendix attached hereto.

Petitioner is now suffering from pain in his leg, back and neck due to a lack of Medical treatment, any handicap equipment to use for therapy, or rehabilitation. The Bureau of Prisons is violating the mandate of 18 U.S.C. § 3553(a) in denying me treatment and a prosthetic leg. Their actions are effecting both my physical and mental health. Based upon the foregoing, the Petitioner Respectfully moves this Honorable Court to issue a mandamus to the named defendants to show cause as to why they are denying me treatment and failing to address my handicap condition, in violation of 18 U.S.C. § 3553(a).

Respectfully Presented this 12th day of JAN 2010.

Darnell M. Long 26692-001
FCC Coleman-USP1
P.O. Box 1033
Coleman, Florida 33521-1033

3

## CERTIFICATE OF SERVICE

I, Darnell Monroe Long, hereby certify that a true and correct copy

of the foregoing has been mailed, first class, postage prepaid, to the Office

of the Attorney for the Middle District of Florida, and each named defendant,

at FCC Coleman-USP 1, on this _12th_ day of _JAOURARY_ , 2010.

Respectfully,

_Long, Darnell #26692-001_

Darnell Monroe Long, pro se.
Reg. No. 26692-001
FCC Coleman-USP1
P.O. Box 1033
Coleman, Florida 33521-1033

EXHIBIT NO. 3F
PAGE: 2 OF 2

# *III* HUNTSVILLE HOSPITAL

101 Sivley Road • Huntsville, Alabama 35801 • (256) 265-1000

# 364082

## PROGRESS NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | LONG, DARNELL MONROE | **Room Number:** | |
| **Medical Record #:** | 01677607 | **Billing Number:** | 016776076402 |
| **Dictating Physician:** | Michael Miller, M.D. | **Date of Birth:** | 11/10/1976 |
| **Date of Admission:** | 11/09/2006 | **Patient Type:** | Outpatient |

Darnell was back for recheck after we did a left above-knee amputation for his severely injured extremity which was due to being run over by a train after he says he was robbed and pushed under the train.

The patient is complaining bitterly of getting inadequate pain relief on Lortab 7.5, he absolutely denies any prior history of drug use.

I'm going to change him to Lortab 10 for pain relief.

His wound today looks quite satisfactory, considering the degree of trauma to the soft tissue envelope and we are going to remove his remaining sutures. He says that he fell with his full weight on the stump a couple of day ago. I do not see any damage to the stump itself. he needs to get on with fitting of a stump shrinker and the process of getting a prosthetic limb fitted. We are going to see him again in a month for a wound recheck.

*Michael Miller, M.D.*

1230859 csc
D: 11/09/2006
T: 11/19/2006  7:15 A

cc:    Michael Miller, M.D.

**PROGRESS NOTE**

EXHIBIT - H

BP-S148.55 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MR. Summers Case Manger | 5-4-08 |
| FROM: Darnell Long | REGISTER NO.: 26692-001 |
| WORK ASSIGNMENT: N/A | UNIT: Beta |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Am Asking To go to A place where I Can get
Some Treatment for P.T.S. Also for Hestz or viletion or
A Prosthetic Limb. Acter As well As A place where Some
of Same people that Know About missing limbs.

May I get a Copy
Back H.S.A.P.
Darnell Long
26692-001

(Do not write below this line)

DISPOSITION:

This issue should be discussed with the
medical Department.

| Signature Staff Member | Date |
|---|---|
| F. Summers | 5-4-08 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BMX 1330.13C
August 6, 1993
Attachment A

## Documentation of Informal Resolution Attempt

Bureau Of Prisons Program Statement No. 1330.13, Administra-
tive Remedy Program, requires, in most cases, that inmates attempt
informal resolution of grievances prior to filing a formal written
complaint.  This form shall be used to document your efforts towards
informally resolving your grievance.

Darnell M. Long _____ 26692001 Beta-D F.C.I/TDC
Inmates Name          Reg. No.   Unit   Institution

Specific Complaint and Requested Relief:  I Got A Job
hoping That you All will help me get A leg. To Show
That without A leg I will work. I Just would like
Equal Opportunity To be Able to walk like Everyone
else.

Efforts Made By Inmate To Informally Resolve Grievance:
Put Cop-outs but No responds back. So I Am going
with this 8 1/2 for A responds back.
                              Dm Long
                              26693-001

Counselor's Comments:  I spoke with Mr Dixon in the Health
Services Department and he stated that "Inmate Long
was advised by the institution physician that he will not
be issued a prosthetic leg. He was issued a wheelchair.

R. Rowan / R Rowan Counselor              6-6-08
Counselor's Signature

BCR 1339.13D
April 18, 2004

Attachment A

# INFORMAL RESOLUTION FORM

INMATE:  Be advised that, before filing a Request for
Administrative Remedy Form BP-229, you shall attempt to informally resolve
your complaint.  Briefly state one complaint below and list what efforts
you have made to resolve your complaint informally, stating names of staff
contacted and attached evidence of informal resolution.

This Informal Resolution form was issued by the _____ *PCC* (Initials of
the Correctional Counselor) on  9-5-08  (Date) and returned on
9-15-08   (Date).

INMATE'S COMMENTS

Inmate's Name: Long    Reg. No.: 26692001   Unit: A-2

1.  Complaint:  This Accident happen at Tallegde, Al. F.C.t
I feel & hurt my back

2.  Efforts made to informally resolve and names of staff contacted:
Medical Staff at Tallegde F.C.t
No help so far because of Transfer

Inmate's Signature: *David D. Long*    Inmate's Reg. No.: 26692-001    Date: 9-07-08

CORRECTIONAL COUNSELOR'S COMMENTS

1.  Issues Identified (counseling of inmate) Complaint of
hurting back/assessity at FCI Talledga

2.  Efforts made to informally resolve and names of staff contacted:
unable to resolve at this Level

CORRECTIONAL COUNSELOR'S AND UNIT MANAGER'S COUNSELING SESSION

1.  Results of Counseling Session Claim was i accident and fell and hurt
his back while at FCI Talledga. Want to pursue claim his needs
procedure.

Informally Resolved (Y/N) (circle one) BP-9 Issued (Y/N) (circle one)

Unit Manager's Signature  *M. clemens*  Date 9/16/08

DISTRIBUTION

1)   If complaint is informally resolved, forward to the Administrative
Remedy Clerk for filing.

2)   If complaint is not informally resolved, attach to completed BP-9
form.

This is available in the Units.  A hard copy is attached to the Institution
Supplement available in the Warden's Office.

CONTINUATION                                    9-14-08

                                                Leog, Darnell
                                                °Edg-FC.
I was at Talledge F.C.I. where There was
no (RAMPS) at All on The Compound or Units. I was        26692-001
Force to Jump up 18 in raised floor; slipped And hurt    A-2-116
my back, Neck; Medical did Nothing but gave me only
pain Meds for 10 days

you sent me This back 4 days from            Thank you
The date on 9-5-08.                          Inmate
                                             Darnell
                                             Leon
                                             26692001
                                             A-2-116

BP-S148.055   INMATE REQUEST TO STAFF                                      CDFRM
SEP 98        U.S. DEPARTMENT OF JUSTICE   OCT 6 2008
              FEDERAL BUREAU OF PRISONS   RECEIVED  *Copy 2 of 2*

| TO : ( NAME AND TITLE OF STAFF MEMBER ) | DATE : |
|---|---|
| Head of Medical | 10-6-08 |

| FROM : | REGISTER NO. : |
|---|---|
| Leng Darnell | 26692-001 |

| WORK ASSIGNMENT : | UNIT : |
|---|---|
| Orderly | A-2-116 |

SUBJECT :  ( Briefly state your question or concern and solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am asking are you all going to help me get a Prosthetic leg since this is a medical place. Because my health is getting bad I can't exercise so I am gaining weight just sitting in this wheel chair. I am concern about my health. Please help me.

*Thank you!!*

May I get a Copy of your answer???

( Do not write below this line )

DISPOSITION :

At this time we are not authorizing a prosthetic leg for you.

L. FUERTES-ROSARIO, HSA/IALP
FCI/FPC EDGEFIELD

| STAFF SIGNATURE | DATE : |
|---|---|
| L. Fuertes Rosario | 10/7/08 |

Record Copy - File; Copy - Inmate
( This form may be replicated via WP )

This form replaces BP-148. 070 dated Oct. 86 and
BP-S148. 070 APR. 94

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 13, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      EDGEFIELD FCI

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI     UNT: A1/2M    QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 511620-F1
DATE RECEIVED   : OCTOBER 8, 2008
RESPONSE DUE    : OCTOBER 28, 2008
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

u: Lara Darnell M.    26692-001    A-2-116    Edgefield, SC
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I AM REQUESTING for A Prosthetic LEG. Do To A fall on
(8-19-08 IN or AT Talladega F.C. I Attempting this Olypian
feat, Injuring my "BACK And my Pride." This Continuing
humiliation has deprived ME of the basic dignity of A human
being.)

10-6-08
DATE

*Signature*
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 511620-

    CASE NUMBER: _____

**Part C- RECEIPT**

urn to:    _____    _____    _____    _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

## REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy Number: 511620-F1

Part B-Response

This is in response to your Request for Administrative Remedy dated October 6, 2008, in which you request a "prosthetic leg." You state that not having a leg is causing "continuing humiliation," and deprived you of "the basic dignity of a human being."

A review of your medical file shows that you entered the Federal Bureau of Prisons system in April of 2008. During your intake physical examination, you reported having had a train accident in October 2006. This accident resulted in a left above the knee amputation. Your record also shows that while at your previous institution, your request for a prosthetic leg was discussed with you. You were informed that Bureau policy does not require that we provide you with a prosthetic leg. Program Statement 6031.01 establishes the care that will be provided to inmates. Provision of a prosthetic leg for a pre-existing amputation is not medically necessary and therefore not required by policy. You have been issued a wheelchair to allow you better mobility. You are also being monitored in Chronic Care Clinic and can discuss any further concerns during your next regularly scheduled appointment.

Therefore, based on the above information,  your request for Administrative Remedy is denied.

If dissatisfied with this response, you may submit an appeal on the appropriate form (BP-10), to the Regional Director's Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226.  Your response must be received in their office within 20 calendar days from the date of this response.

_____          _____
John J. LaManna, Warden                            Date

Copy 1 of 2

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

RECEIVED

OCT 21 2008

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Rosario (Head of Medical) | DATE: 10-20-08 |
|---|---|
| FROM: Cora Darnell | REGISTER NO.: 26692-001 |
| WORK ASSIGNMENT: Oederly | UNIT: A-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I asked you on this day will this facility help me get a prosthetic limb & you answer me back (No) twice. So now I am writing in a request hoping your answer will change. Will this facility help me get a prosthetic limb). Because my health is getting bad in just sitting in this chair, I am gaining Alot of weight. I am being denied medical care. I need a limb to exercise I am concern about my health. May you please respond back on this request?

(Do not write below this line)

DISPOSITION:

At this time a prosthetic leg will not be requested for you. You came into the system without a prosthetic leg and policy does not require that we provide you with one.

L. FUERTES-ROSARIO, HSA/MLP
FCI/FPC EDGEFIELD

| Signature Staff Member L.S. Fuertes-Rosario | Date 10/24/08 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86'
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

RECEIPT - ADMINISTRATIVE REMEDY

DATE: DECEMBER 9, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI    UNT: A1/2M    QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 511620-R2
DATE RECEIVED   : DECEMBER 8, 2008
RESPONSE DUE    : JANUARY 7, 2009
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

U.S. Department of Justice

Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: | Long, Darnell M. | 26692-001 | A-2 | FCI Edgefield |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

    I am a disabled inmate. Since my arrival at FCI Talladega I have been confronted with significant pysical difficulty trying to negotiate my way around an obstacle course of physical obstructions; and have encountered even greater emotional and psychological difficulties negotiating around an obstacle course of attitudes that are obstructive, callous, or simply indifferent to the challenges of the disabled.

    Egress and entry into my cell requires me to park my wheelchair on the edge of an approx 18 inch raised floor, then try to negotiate the 18 inch drop on my one leg, often in the dark.

    (On 8-1908 I fell while attempting this olympian feat, injuring my back and my pride. This continuing humiliation has deprived me of the basic dignity of a human being.)

(I AM SEEKING help IN GETTING A PROSTHETIC LEG.)
I AM Being Denied Treatm on PSO Therefore I AM Losing
STRENGTH IN my Good Leg.

| 10-27-08 | [signature] 26692-001 |
|---|---|
| DATE | SIGNATURE OF REQUESTOR |

**Part B—RESPONSE**

| | |
|---|---|
| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

| Return to: | | | | |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| | | |
|---|---|---|
| DATE | USP-LVN | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |

BP-DIR-10
April 1982

Regional Administrative Remedy Appeal No: 511620-R2
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
December 8, 2008. You allege you injured your back and your pride when you fell on
August 19, 2008. You further claim this continued humiliation has deprived you of the
basic dignity as a human being. As relief, you request a prosthetic leg.

A review of your medical records revealed your left leg was amputated above the knee
prior to your incarceration in October 2006. An investigation revealed an injury report
dated August 19, 2008, in which you claim you slipped and fell backwards upon trying
to hop onto your wheelchair. You were immediately evaluated in Health Services and
received treatment for your left hip and neck tenderness. You arrived at the Federal
Correctional Institution, Edgefield, South Carolina, on August 28, 2008.
On September 5, 2008, you requested a prosthetic leg; however, you refused to let the
Staff Physician evaluate your condition. As stated in the Warden's response to your
Request for Administrative Remedy Number 511620-F1, policy does not require the
provision of a prosthesis for a pre-existing condition. Therefore, your request is not
deemed medically necessary. You have been issued a set of crutches and a
wheelchair to ambulate around the compound to participate in the activities of daily
living in a prison environment. Also, you have been assigned to a wheelchair
accessible cell and have access to showers which will accommodate your special
needs. Your condition is being monitored in the Chronic Care Clinic. You are advised
to address any further concerns pertaining to this matter with your provider during your
next appointment.

Health Services staff are aware of your medical history and will continue to assess,
evaluate, and monitor treatment for your condition. Should you experience any adverse
changes in your condition, return to sick call for reevaluation. We will continue to
provide medical care to you consistent with Bureau of Prisons' policy.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with
this response, you may appeal to the Office of General Counsel. Your appeal must be
received in the Office of General Counsel, 320 First Street, NW, Washington, DC,
20534, within 30 calendar days of the date of this response.


___/ / 2 /0 9___
Date

_____
Regional Director, SERO

NOV 0 6 2008

Dear Senator Graham,          Copy 1 of 2                    10-29-08
                                                             2:00pm

        Getting straight to the point, I had a
relative to Call you last week about me, (Darnell Long
26692-001. Because here I didn't come with a Prosthetic
Leg they refuse to help me.

        My health + weight is a concern. I need your
help due to I am being denied medical help... I
was not giving a wheel-chair; because I came here
with me (ours).

                    May you plese help me...

(Please respond Back)                    Sincerly you,
                                         Darnell Long
                                         26692-001

Darnell Long 26692-001

Federal Correctional Institution
   P.O. Box 725
   Edgefield, S.C.
                29824

LINDSEY O. GRAHAM
SOUTH CAROLINA



200 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-5972

# UNITED STATES SENATE

November 10, 2008

John J. LaManna
Warden
Federal Bureau of Prisons
Federal Correctional Institution
PO Box 723
Edgefield, SC 29824-0723

RE:   Darnell Long 26692-001

Dear Warden LaManna:

Enclosed is a copy of correspondence I received from the above named constituent, and I believe you will find it self-explanatory.

Your reviewing this material and providing any assistance or information possible under the governing statutes and regulations will be greatly appreciated.

Thank you for your attention in this matter, and I look forward to hearing from you soon.

Sincerely,

Lindsey O. Graham
United States Senator

LOG/ss

Enclosure

Please reply to:            The Honorable Lindsey Graham
                            United States Senate
                            508 Hampton Street, Suite 202
                            Columbia, SC 29201
                            Phone (803) 933-0112
                            Fax   (803) 933-0957

508 HAMPTON STREET
SUITE 202
COLUMBIA, SC 29201
(803) 933-0112

401 WEST EVANS STREET
SUITE 225B
FLORENCE, SC 29501
(843) 662-1306

101 EAST WASHINGTON STREET
SUITE 220
GREENVILLE, SC 29601
(864) 250-1417

530 JOHNNIE DODDS BOULEVARD
SUITE 202
MOUNT PLEASANT, SC 29451
(843) 849-3887

140 EAST MAIN STREET
SUITE 110
ROCK HILL, SC 29730
(803) 366-2828

155 EAGLES NEST DRIVE
SUITE 8
SENECA, SC 29672
(864) 888-2200

BP-S192.013 **RELEASE OF INFORMATION CONSENT CDFRM**
OCT 96
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

Not for use where consent is needed for participation in drug abuse programs or
research projects, or for contact with news media. The appropriate form for each
of these areas is to be substituted.

| 1. I (Name of Inmate) **Darnell Monroe Long** | 2. Register Number **26692-001** |
|---|---|
| 3. Authorize (Person, Agency, Org.) **Federal Bureau of Prisons** | 4. To disclose to (Recipients) **Senator Lindsay Graham** |

5. The following information: (Initial one that applies):

(a) For Community Programming:(To educational facilities, Social Agencies,
prospective employers, etc.)

**That I am currently in the custody of the U.S. Attorney General either
serving sentence or under supervision of the U.S. Parole Commission or U.S.
Probation Office and any and all information in my Inmate Central File
except as indicated below:**

_____
(Initials)

(b) Other Objective (Specify Information)
**Response to inquiry concerning medical care/treatment.**

DML _____ *****
(Initials)

6. Disclosure is made for the purpose of

_____

7. I understand that I may revoke this consent in writing at any time except to
the extent that disclosure has already been made based on that consent.  In any
event this consent ceases to be effective (Initial applicable):

(a)  For Community Programming: **Upon my release from supervision**

_____
(Initials)

(b)  Other Objective: (3 months from signature date)

DML _____
(Initials)

| 8. Inmate's Signature  Darnell M Long ***** | Date  13 ??? 08 |
|---|---|

(This form may be replicated via WP)

RECEIPT - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 26, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI     UNT: A1/2M     QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 511620-A1
DATE RECEIVED   : FEBRUARY 17, 2009
RESPONSE DUE    : MARCH 29, 2009
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 24, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI    UNT: A1/2M    QTR: A03-116L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 511620-A1
DATE RECEIVED   : FEBRUARY 17, 2009
RESPONSE DUE    : APRIL 18, 2009
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

The (Regional) Administrative Remedy Appeal - 511620-R2 And the underlining Institutional Administrative Remedy - 511620-F1 Both Represent A Violation of the Eighth Amendment Right. Against Cruel And Unusual Punishment For one who is a 33 yr old Disable individual Requiry of An Above the Knee Amputation (AKA). By JT's Holding that BOP policy does not Allow for the institution to Provide me with A Prosthesis leg. Because me Amputation is A PRE-EXISTING Condition Prior to my Incarceration. It is Beyond Logic that a GOVERNMENT AGENCY As Large As the BOP To Assert A policy that would Surely doom A young MAN in his 30's to Cruel And unusual punishment, By Confining him to A wheelchair for A period of a 72 months incarceration that surely will DETERIORATE my OVERALL HEALTH. Now the Agency's Response That I now Have An ACCESSABLE Room And And Shower is irrelevant to my claim(s) And Their Assertion That I will Be Provided Long Term Chronic Care Clinic to treat All of my forth coming Medical Conditions As A Result to my Confinement To A wheelchair is Absurd. what kind of Agency would opt for long Term Care over Short term solution By providing A potentially Young Strong Male with A Prosthesis leg. that He will Adapt to As if it was his own. that will provide him the mobility to Walk

Exercise, Build His ~~s~~ Strength in His Right Leg, His Left Stub, And His Heart.

• This illogical Provision of the BOP in Effect Contributes to the Growth of Medical treatment Cost By the BOP instead of decreasing the cost for which it is well Known that this Agency operates under Extreme Budget Contrains As it is

Therefore It is the Request of Darnell M. Long -26692-001 that Due to the Clear Violation of His Eight Amendment Rights Against Cruel And unusal Punishment that this Agency Reverse the Regional Administrative Remedy Ruling And order them to Remand the Cause Back to the institutional level with instructions to Provide me with A Prosthetic leg.

Thank you for your time And Consideration of this Matter.

/s/

Darnell M. Long-26692-001

DARNELL MONROE LONG, 26692-001
EDGEFIELD FCI     UNT: A1/2M     QTR: A03-116L
P.O. BOX 723
EDGEFIELD,   SC 29824

511620-R2
DR 1/27/09

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: __XXXXXX LONG DARNELL M.__     __26692-001__     __A2__     __EDGEFIELD__
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A—REASON FOR APPEAL**

   The Regional Administrative Remedy Appeal-511620-R2, and the underlining
Institutional Administrative Remedy-511620-F1, both repersent a clear
violation of my Eighth Amendment rights against CRUEL AND UNUSUAL
PUNISHMENT for one who is a 33 year old disable individual by way of
an above the knee amputation(AKA)., By its' holding that BOP policy
does not allow for the institution to provide me with a PROSTHESIS
LEG, because my amputation is a pre-existing condition that happen
prior to my incarceration.

   It is beyond logic that a government agency as large as the BOP
to assert a policy that would surely doom a young man in his 30's
to CRUEL AND UNUSUAL PUNISHMENT, by confining him to a wheelchair for
           see con't attached

__1-28-09__                                    _Long, Darnell #26692-001_
        DATE                                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

# RECEIVED

FEB 1 7 2009

Administrative Remedy Section
Federal Bureau of Prisons

*Issued to inmate: 6/30/09*
    *Scc Yazoo City (Medium)*

_____                    _____
        DATE                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: __511620-A1__
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C—RECEIPT**
                                        CASE NUMBER: _____

Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____    ☻    _____    BP-231(13)
        DATE          Printed on Recycled Paper    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    APRIL 1982

USP LVN

6 copies

(Attachment-page two)

a grievance is to limit access to informal requests or
complaints so that staff and unit counselors will purposely
give a return response unrelated to issues presented.  This
is done in an effort to frustrate and discourage further filing,
or to misdirect the inmates to argue non-contended issues so
the original requests, or complaint remains unanswered, again
nullifying force, or affecting change of fair redress.

**Administrative Remedy Number 511620-A1**
**Part B - Response**

You allege you injured your back and your pride when you fell on
August 19, 2008.  You further claim this continued humiliation
has deprived you of the basic dignity as a human being.  You
request a prosthetic leg.

Relevant portions of your medical record have been reviewed which
reveals you received treatment for your alleged fall on
August 19, 2008.  You were evaluated and prescribed medication
for pain. You have been assigned to a wheelchair accessible cell
and issued crutches and a wheelchair to ambulate around the
compound.  Medical staff explained to you that provision of a
prosthetic leg for a pre-existing amputation is not medically
necessary and therefore not required by policy.  You are
encouraged to cooperate with staff so that they may continue to
provide you with essential healthcare.

The record reflects you are receiving medical care and treatment
in accordance with Bureau policy.  You are encouraged to attend
sick call if your condition changes.

Your appeal is denied.


May 15, 2009
_____        _____
Date                    Harrell Watts, Administrator
                        National Inmate Appeals

BP-S148.055   INMATE REQUEST TO STAFF                    CDFRM

SEP 98   U.S. DEPARTMENT OF JUSTICE
         FEDERAL BUREAU OF PRISONS

*1 of 2*

*Copy*

| TO : ( NAME AND TITLE OF STAFF MEMBER ) | DATE : |
|---|---|
| Dr. Rosario Head of Medical | 1-25-09 |
| FROM : Don Carroll | REGISTER NO. : 26692-001 |
| WORK ASSIGNMENT : Orderly Am | UNIT : A-2-116 |

SUBJECT :  ( Briefly state your question or concern and solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Am writing you Concerning A Problem with my back (Spine) IT is hurting due to Seating down IN my wheel Chair All the time. I Am Asking you for A Proper Medical TRANSFER for help. I Am 32 yrs old Rotting Away IN A wheelchr. My chest And breathing is getting shorter due to the fact I Can't Exercise because This Place (does not) have the proper or More less (Any) machine to help me Exercise. I Am not getting The Proper Medical help I Need more At Edgefield S.C. F.C.I. Will you Please Send me Some where for Proper help??? I Am gaining weigh I don't (Do not write below this line) Not Good for The heart.. Neither

DISPOSITION :

See attached response to your duplicate request.

L. FUERTES-ROSARIO, HSA/MLP
FCI/FPC EDGEFIELD

| STAFF / SIGNATURE | DATE : |
|---|---|
| L. Fuertes Rosario | 2/3/09 |

Record Copy - File; Copy - Inmate                    This form replaces BP-148. 070 dated Oct. 86 and
( This form may be replicated via WP )               BP-S148. 070 APR. 94

# INMATE REQUEST TO STAFF MEMBER

**Name: Long, Darnell**
**Register Number: 26692-001**
**Unit: A2**

This is in response to your Inmate Request to Staff Member, dated
January 25, 2009, in which you allege you do not have access to
exercise equipment for your needs.  Specifically, you state you
are not able to exercise and are gaining weight.  You further
state that this is causing you to be short of breath and that you
are not receiving appropriate medical care.

A review of your medical file shows that you arrived at this
institution on August 27, 2008.  An appointment for an evaluation
by our Staff Physician was scheduled for September 5, 2008.
However, when our Staff Physician tried to complete your
evaluation and exam, you refused.  Since that date, you have
signed up for sick call, and been evaluated on several occasions.
During these sick call visits, you have complained of nasal
congestion, back pain, and rashes.  These complaints have been
addressed and you have been provided with appropriate patient
education and with medication.  You can address any further
medical needs via sick call.

In reference to your allegations of not having the proper
exercise equipment for your needs, be advised that our Recreation
Department has specific exercise equipment for wheelchair bound
inmates to use.  It is up to you to make use of that equipment.

If you have any further questions or concerns, you may submit an
Inmate Request to Staff Member to the Health Services
Administrator.


_____          _____
M. M. Mitchell, Warden                    Date

 **U.S. Department of Justice**
Federal Bureau of Prisons
South Carolina Consolidated Legal Center
*Federal Correctional Institution*
*P.O. Box 723*
*Edgefield, South Carolina 29824*

March 31, 2009

Darnell Long
Reg. No. 26692-001
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

RE:    Freedom of Information/Privacy Act Request No. 2009-04730

Dear Mr. Long:

This is in response to your request for copies of Federal Bureau of Prisons (BOP) records. Specifically, you requested copies of all documents pertaining to Administrative Remedies 511620-F1, R1, and A1, as well as all records pertaining to your request for designation to a medical facility, and you request for treatments for a prosthetic leg. We have located 12 pages of documents responsive to your request. In accordance with the Freedom of Information Act, the Privacy Act, and Department of Justice regulations concerning the release of records, we have determined all 12 pages are releasable to you in their entirety.

We trust this has been responsive to your request. However, pursuant to Title 28, Code of Federal Regulations, § 16.9, any part of your request may be appealed to the Attorney General by filing a written appeal within 60 days of this letter. The appeal should be addressed to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, N.W., Suite 11050, Washington, D.C., 20530-0001, within 60 days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,  .

Tami Cassaro
Supervisory Attorney

Enclosures

BP-A148.055
SEP 98                          INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *Mrs.* AdminASTrN | DATE: 5-4-09 |
|---|---|
| FROM: Lana Darnell | REGISTER NO.: 26692-001 |
| WORK ASSIGNMENT: Orderly Hm | UNIT: A-2-116 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.   I Am Asking for A Copy of my Remedy

Concerning        Remedy ID # 511620-A1

from Central office. And Any Extra Papers with IT

All Copies of them

(Do not write below this line)

DISPOSITION:

Central Office has been Contacted.
If you do not receive a response within
a week of this answer, submit another
copout and Central office will be
Contacted again.

| Signature Staff Member  O'Cockrell | Date 5/9/09 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        SECTION 6

DEAR Clerk

Please MAIL ME A filed MARKED Copy of the ENClosed motions

$$\begin{array}{r} 30 \\ \times 17 \\ \hline 210 \\ 30 \\ \hline 510 \end{array}$$

$$\begin{array}{r} 2 \\ 44 \\ \times 5 \\ \hline 220 \\ 280 \\ \hline \$5.00 \end{array}$$

$$\begin{array}{r} 88 \\ +68 \\ \hline 156 \\ 280 \\ \hline \$436 \end{array}$$

$$\begin{array}{r} 2 \\ 17 \\ \times 4 \\ \hline 68 \end{array}$$

$$\begin{array}{r} 1 \\ 44 \\ \times 3 \\ \hline 12.2 \end{array}$$

44

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) WARDEN PEARSON | DATE: 6-30-09 |
|---|---|
| FROM: Loney, Darrell | REGISTER NO.: 26692-001 |
| WORK ASSIGNMENT: Rec Orderly I | UNIT: D-1-128 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

WHAT Care level Am I. Plus may you Please Place
me AT A(F.M.C) Medical Institution? I ~~donot~~ DO NOT
belong here. Please help me.

(Do not write below this line)

DISPOSITION:

RECEIVED
Warden's Office

JUL 01 20__

FCC Yazoo City

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER            **SECTION 6**

**U.S. Department of Justice**
Federal Bureau of Prisons

**RESPONSE TO INMATE REQUEST TO STAFF**

| From: | Long, Darnell M. | 26692-001 | D-1 | FCC Yazoo City |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

This is in response to your Inmate Request to Staff dated June 30, 2009.  You state that you do not know your care level and feel that you should be housed at a Federal Medical Center.  As relief, you request assistance in being transferred to a Federal Medical Center.

A review of your medical record reveals that on August 28, 2008, you were changed to a Care Level I and currently remain a Care Level I.  Even though you have an above the left knee amputation, this does not change your care level because you are able to take care of your activities of daily living.

I trust this is responsive to your inquiry.

_____
**Bruce Pearson, Warden**

7-16-09
**Date**

*Eg-222-A/2*
~~crossed out~~

EDG 1330.13D
April 16, 2004

## Attachment A

## INFORMAL RESOLUTION FORM

<u>NOTICE TO INMATE</u>: Be advised that, before filing a Request for Administrative Remedy Form BP-229, you shall attempt to informally resolve your complaint. Briefly state one complaint below and list what efforts you have made to resolve your complaint informally, stating names of staff contacted and attached evidence of informal resolution.

This Informal Resolution form was issued by the _____ *RW* (Initials of the Correctional Counselor) on ___2-5-09__ (Date) and returned on ___2-16-09___ (Date).

### INMATE'S COMMENTS

Inmate's Name: _Lore_____  Reg. No.: _26192-001_  Unit: _A-2_

1. Complaint: _This F.C.I. doesn't have the proper exercise equipment for me to use to regain my strength back in my right leg. I need physical therapy to be able to walk on my crutches. And a prescription prosthetic leg_

2. Efforts made to informally resolve and names of staff contacted: _I took a complaint to Rec. officer Smith to sign to show the equipment I want for me to use but he refused to sign it. He told me he will not sign anything. I need physical therapy_

_[signature]_____  _26192-001_____  _2-6-09_____
Inmate's Signature     Inmate's Reg. No.      Date

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Issues Identified (counseling of inmate) _Wants handicapped exercise equipment in Recreation_

2. Efforts made to informally resolve and names of staff contacted: _S. Smith was contacted_

### CORRECTIONAL COUNSELOR'S AND UNIT MANAGER'S COUNSELING SESSION

1. Results of Counseling Session _Unknown unable to resolve at this level_

Informally Resolved (Y/(N)) (circle one) BP-9 Issued (Y/N) (circle one)

Unit Manager's Signature _[signature]_____ Date _2/18/09_

### DISTRIBUTION

1. If complaint is informally resolved, forward to the Administrative Remedy Clerk for filing.

2. If complaint is <u>not</u> informally resolved  attach to completed BP-9 form.

This is available in the Units.  A hard copy is attached to the Institution Supplement available in the Warden's Office.

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

Eg-222-AV2
3-4-09

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Long, Darrell (M)          34492-00     P-2-110     Edgefield/F.C.I.
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT        INSTITUTION

Part A- INMATE REQUEST    I Am Asking for A Prostheses that enables me to
Access the exercise equipment that the other inmates use.
People with disAbilities or handicaps Are Protected both
by the Constitution and by federal statutes.
While there MAY be equipment for People in wheelchairs MY
situation is somewhat more unique in that, I Am An
Amputee, therefore ruled out Any use of a treadmill,
exercise bike, or stair stepping without having A Properly fitted
esthetic Leg, which the bureau/Edgefield is refusing to
Aide therefore committing A constitutional violation of deliberant
difference And descrimination.

                                        Long, Darrell #34492-001

3-09-09                                 SIGNATURE OF REQUESTER
DATE

Part B- RESPONSE

629975-F1

## REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy Number: 529975-F1

Part B-Response

This is in response to your Request for Administrative Remedy dated March 9, 2009, in which you request a "prosthesis that enables you to access the exercise equipment that the other inmates use." You allege the denial of such prosthetic leg violates your constitutional rights.

A review of your medical file reveals that you entered the Federal Bureau of Prisons system in April of 2008. During your intake physical examination, you reported having a train accident in October 2006. This accident resulted in a left above the knee amputation. Provision of a prosthetic leg for a pre-existing amputation is not considered medically necessary. Program Statement 6031.01 gives definitions of what would be considered medically necessary as stated in your previous Administrative Remedy Number 511620-F1, see attached.

A consultation with the Recreational Department revealed that specialized equipment is available for inmates in wheelchairs and is appropriate for use by inmates with leg amputations.

Therefore, based on the above information, there is no evidence your constitutional rights are being violated. Your request for Administrative Remedy is denied.

If dissatisfied with this response, you may submit an appeal on the appropriate form (BP-10), to the Regional Director's Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226. Your response must be received in their office within 20 calendar days from the date of this response.

_____          4/2/09
M. M. Mitchell, Warden                    Date

RECEIPT - ADMINISTRATIVE REMEDY


DATE: MARCH 16, 2009



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      EDGEFIELD FCI

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI     UNT: A1/2M     QTR: A03-116L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 529975-F1
DATE RECEIVED   : MARCH 13, 2009
RESPONSE DUE    : APRIL 2, 2009
SUBJECT 1       : RECREATION, LEISURE ACTIVITIES
SUBJECT 2       :
INCIDENT RPT NO:

U.S. Department of Justice ( **Regional Adminis( )ve Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Long Darnell M.__        __26692-001__    __A-2-116__    __Eda F.C.I.__
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        ( )INSTITUTION

**Part A—REASON FOR APPEAL** THE A.D.A. Requires defendants to Provide Additional services And to make Physical renovations if necessary to Avoid Excluding disabled persons from Programs And Services. The Rehabilitation Act Also Calls for "reasonable Accomodations" so I can Partake of Prison Programs. There is actually no exercise equipement for An Amputee (Leg) to use. There is nothing whatsoever in the A.D.A. or Rehabilitation Act that states persons with Pre-existing injuries shall be excluded from the benefits of either Act. The A.D.A. requires the federal Government to Promulgate regulations implementing the statute.

I Am not Required to Exhaust Administrative Remedies before Suing under the "Public Entity" Provisions of Title II of the A.D.A. SEE: 28 CFR 28 CFR § 35.178

__4-6-09__                                    _Long Darnell Monroe_
DATE                                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
APR 1 3 2009
Re_____
Bureau of Prisons - SERO

DATE                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: __529975-R1__

**Part C—RECEIPT**

                                              CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

USP LVN      DATE        Previous editions not usable ⊕_____    SIGNATURE, RECIPIENT OF REGIONAL APPEAL      BP-230(13)
                                                                                                            APRIL 1982

Regional Administrative Remedy Appeal No: 529975-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
April 13, 2009.  You allege the Americans with Disabilities Act (ADA) requires
reasonable accommodations for an amputee to receive proper exercise.  You further
claim you are unable to exercise because you do not have a prosthetic leg.  As relief,
you request a prosthetic leg.

An investigation revealed the Warden's response to your Request for Administrative
Remedy Number 529975-F1 is correct.  Your medical records revealed your left leg was
amputated above the knee prior to your incarceration in October 2006.  Further
investigation revealed the Recreation Department has a Hoggan Sprint Upper Body
Ergometer exercise machine that is wheel chair accessible and meets ADA standards.

You previously filed a Regional Administrative Remedy Appeal regarding your request
for a prosthetic leg, which was received in this office on December 8, 2008.  The appeal
number previously assigned was 511620-R2.  Your current appeal is repetitive and you
should refer to appeal number 511620-R2 if you have any questions regarding this
issue.

Health Services staff are aware of your medical history and will continue to assess,
evaluate, and monitor treatment for your condition.  Should you experience any adverse
changes in your condition, return to sick call for reevaluation.  We will continue to
provide medical care to you consistent with Bureau of Prisons' policy.

Accordingly, your Regional Administrative Remedy Appeal is denied.  If dissatisfied with
this response, you may appeal to the Office of General Counsel.  Your appeal must be
received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW,
Washington, DC, 20534, within 30 calendar days of the date of this response.

_5/8/09_

Date

_____

Regional Director, SERO

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 16, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI     UNT: A1/2M     QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID        : 529975-R1
DATE RECEIVED    : APRIL 13, 2009
RESPONSE DUE     : MAY 13, 2009
SUBJECT 1        : RECREATION, LEISURE ACTIVITIES
SUBJECT 2        :
INCIDENT RPT NO:

*527975-R1*

*LEG*

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 16, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      EDGEFIELD FCI

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI    UNT: A1/2M    QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 529975-F1
DATE RECEIVED   : MARCH 13, 2009
RESPONSE DUE    : APRIL 2, 2009
SUBJECT 1       : RECREATION, LEISURE ACTIVITIES
SUBJECT 2       :
INCIDENT RPT NO:

U.S. Department of Justice                    Regional Administ(    )ve Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Monroe Darnell M.         26692-001      A-2-116     Eda F.C.I.
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL** THE A.D.A. Requires defendants to Provide Additional services And to MAKE Physical renovations IF NECESSARY to Avoid Excluding disAbled Persons from Programs And Services. The RehAbilitation Act Also Calls for "ReAsonAble Accomodations" so I CAN PArtAKE of Prison Programs. There is Actually no exercise EquiPement for An AmPutee (LeG) To use. There is nothing whatsoever In the A.D.A. or RehAbilitation Act that states Persons with Pre-Existing Injuries shAll be excluded from the benefits of either Act. The A.D.A. Requires the federAl GovernmenT to Promulgate Regulations implementing the statute.

I Am not Required to ExhAust Administrative Remedies before suing under the "Public Entety" Provisions of Title II of the A.D.A. SEE: 28 CFR 28 CFR § 35.178

4-6-09
DATE                                    Dong Darnell Monroe
                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
APR 1 3 2009
Re_____
_____ ____ Office - SERO
_____ __ Prisons

_____          _____
DATE                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 529925-R1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

SUBJECT: _____

USP LVN    DATE        Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL         BP-230(13)
                                                                                                       APRIL 1982

Regional Administrative Remedy Appeal No: 529975-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
April 13, 2009.  You allege the Americans with Disabilities Act (ADA) requires
reasonable accommodations for an amputee to receive proper exercise.  You further
claim you are unable to exercise because you do not have a prosthetic leg.  As relief,
you request a prosthetic leg.

An investigation revealed the Warden's response to your Request for Administrative
Remedy Number 529975-F1 is correct.  Your medical records revealed your left leg was
amputated above the knee prior to your incarceration in October 2006.  Further
investigation revealed the Recreation Department has a Hoggan Sprint Upper Body
Ergometer exercise machine that is wheel chair accessible and meets ADA standards.

You previously filed a Regional Administrative Remedy Appeal regarding your request
for a prosthetic leg, which was received in this office on December 8, 2008.  The appeal
number previously assigned was 511620-R2.  Your current appeal is repetitive and you
should refer to appeal number 511620-R2 if you have any questions regarding this
issue.

Health Services staff are aware of your medical history and will continue to assess,
evaluate, and monitor treatment for your condition.  Should you experience any adverse
changes in your condition, return to sick call for reevaluation.  We will continue to
provide medical care to you consistent with Bureau of Prisons' policy.

Accordingly, your Regional Administrative Remedy Appeal is denied.  If dissatisfied with
this response, you may appeal to the Office of General Counsel.  Your appeal must be
received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW,
Washington, DC, 20534, within 30 calendar days of the date of this response.

_5/8/09_
Date

_____
Regional Director, SERO

RECEIPT - ADMINISTRATIVE REMEDY


DATE: APRIL 16, 2009



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI    UNT: A1/2M      QTR: A03-116L



THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID        : 529975-R1
DATE RECEIVED    : APRIL 13, 2009
RESPONSE DUE     : MAY 13, 2009
SUBJECT 1        : RECREATION, LEISURE ACTIVITIES
SUBJECT 2        :
INCIDENT RPT NO:

*527975-R1*

*LEG*

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Dronell, Dronell M.    26692-001    A-2-116    Edgefield F.C.I.
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**

I Complaineted for help ME Get A LEG. But JUST As Well there is No Exercise Equipment here for ME To use, I NEED A Machine To help ME to work. The Lower body Part JoT The uPPER body." I don't NEED Strength IN The uPPER body due To I Roll MYSELF IN A wheelchair. I NEED help for the Strength iN MY Right LEG To STAY Strong To use when I Get A bosthetic LEG. I Am GAINING WEIGHT And Not Good for the heart. with he PROPER Exercise Equipment. The HOGGAN Sprint uPPER Body Ergometer s for the uPPER Body. I NEED A Machine for the Lower Body. which They hAVE Nothing WhatsoEvER. A Amputated PERson CAN use.

MAY 20 2009
DATE

Dronell Dronell M #26692-001
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

**RECEIVED**

JUN 0 3 2009

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 529975-A1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

USP LVN

**Administrative Remedy No. 529975-A1**
**Part B- Response**

This is in response to your Central Office Administrative Remedy Appeal in which you contend the Americans with Disabilities Act (ADA) requires reasonable accommodations for an amputee to receive proper exercise.  You further contend you are unable to exercise because you do not have a prosthetic leg.  As relief, you request a prosthetic leg.

Relevant portions of your medical record have been reviewed which reveals your leg was amputated prior to your incarceration.  The Recreation Department has an exercise machine that is wheelchair accessible and meets ADA standards.  Medical staff explained to you that provision of a prosthetic leg for a pre-existing amputation is not medically necessary.  You are encouraged to cooperate with staff so that they may continue to provide you with essential healthcare.

The record reflects you are receiving medical care and treatment in accordance with Bureau policy.  You are encouraged to attend sick call if your condition changes.

Your appeal is denied.

July 14, 2009
_____
           Date

_____
Harrell Watts, Administrator
National Inmate Appeals

RECEIPT - ADMINISTRATIVE REMEDY


DATE: JUNE 26, 2009


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      YAZOO CITY MED FCI     UNT: DELTA 1     QTR: D01-128L


THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 529975-A1
DATE RECEIVED   : JUNE 3, 2009
RESPONSE DUE    : JULY 13, 2009
SUBJECT 1       : RECREATION, LEISURE ACTIVITIES
SUBJECT 2       : OTHER MEDICAL MATTERS
INCIDENT RPT NO:

EXHIBIT NO. 3F
PAGE: 2 OF 2

# *HH* HUNTSVILLE HOSPITAL

101 Sivley Road • Huntsville, Alabama 35801 • (256) 265-1000

# 364082

## PROGRESS NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | LONG, DARNELL MONROE | **Room Number:** | |
| **Medical Record #:** | 01677607 | **Billing Number:** | 016776076402 |
| **Dictating Physician:** | Michael Miller, M.D. | **Date of Birth:** | 11/10/1976 |
| **Date of Admission:** | 11/09/2006 | **Patient Type:** | Outpatient |

Darnell was back for recheck after we did a left above-knee amputation for his severely injured extremity which was due to being run over by a train after he says he was robbed and pushed under the train.

The patient is complaining bitterly of getting inadequate pain relief on Lortab 7.5, he absolutely denies any prior history of drug use.

I'm going to change him to Lortab 10 for pain relief.

His wound today looks quite satisfactory, considering the degree of trauma to the soft tissue envelope and we are going to remove his remaining sutures. He says that he fell with his full weight on the stump a couple of day ago. I do not see any damage to the stump itself, he needs to get on with fitting of a stump shrinker and the process of getting a prosthetic limb fitted. We are going to see him again in a month for a wound recheck.

*Michael Miller*
Michael Miller, M.D.

1230859 csc
D: 11/09/2006
T: 11/19/2006  7:15 A

cc:     Michael Miller, M.D.

Page 1 of 1                                                                      **PROGRESS NOTE**

BP-A148.055
SEP 98
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *WARDEN PEARSON* | DATE: *6-30-09* |
|---|---|
| FROM: *Loney, Sherrell* | REGISTER NO.: *26692-001* |
| WORK ASSIGNMENT: *Rec Orderly I* | UNIT: *D-1-128* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

*WHAT Care level Am I. Plus may you please Place*
*me At A (F.M.C) Medical Institution? I ~~donot~~ DO NOT*
*belong here. Please help me.*

(Do not write below this line)

DISPOSITION:

RECEIVED
Warden's Office

JUL 01 20..

FCC Yazoo City

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

**U.S. Department of Justice**
Federal Bureau of Prisons

**RESPONSE TO INMATE REQUEST TO STAFF**

| From: | Long, Darnell M. | 26692-001 | D-1 | FCC Yazoo City |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

This is in response to your Inmate Request to Staff dated June 30, 2009.  You state that you do not know your care level and feel that you should be housed at a Federal Medical Center.  As relief, you request assistance in being transferred to a Federal Medical Center.

A review of your medical record reveals that on August 28, 2008, you were changed to a Care Level I and currently remain a Care Level I.  Even though you have an above the left knee amputation, this does not change your care level because you are able to take care of your activities of daily living.

I trust this is responsive to your inquiry.

_____
**Bruce Pearson, Warden**

_7-16-09_
**Date**

*Eg-222-A/2*
~~restraderickshaw~~

EDG 1330.13D
April 16, 2004

Attachment A

## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Be advised that, before filing a Request for
Administrative Remedy Form BP-229, you shall attempt to informally resolve
your complaint. Briefly state one complaint below and list what efforts
you have made to resolve your complaint informally, stating names of staff
contacted and attached evidence of informal resolution.

This Informal Resolution form was issued by the _____ *RW* (Initials of
the Correctional Counselor) on ___2-5-09___ (Date) and returned on
___2-16-09___ (Date).

### INMATE'S COMMENTS

Inmate's Name: _Lore_____ Reg. No.: _26692-001__ Unit: _A-2_

1. Complaint: *This F.C.I. doesn't have the proper exercise
equipment for me to use & regain my strength back in my right leg
I need proper therapy to be able to walk on my crutches. And a
~~prescription~~ prosthetic leg*

2. Efforts made to informally resolve and names of staff contacted:
*I took a copy to Dr. Speersmith to sign to show the
equipment is not right Dr. Me to sign Dr. neverswell to sign it
He told me he will not sign anything I need it in his hands Hey*

_____        ___26692-001___        ___2-6-09___
Inmate's Signature           Inmate's Reg. No.           Date

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Issues Identified (counseling of inmate) *Wants handicapped
or exercise equipment in Dormitory*

2. Efforts made to informally resolve and names of staff contacted:
*S. Smith was contacted*

### CORRECTIONAL COUNSELOR'S AND UNIT MANAGER'S COUNSELING SESSION

1. Results of Counseling Session *Unit team unable to
resolve at this level*

Informally Resolved (Y/N) (circle one) BP-9 Issued (Y/N) (circle one)

Unit Manager's Signature _D.M____ Date ___2/19/09___

### DISTRIBUTION

1) If complaint is informally resolved, forward to the Administrative
Remedy Clerk for filing.

2) If complaint is not informally resolved attach to completed BP-9
form.

This is available in the Units. A hard copy is attached to the Institution
Supplement available in the Warden's office.

CRIMINAL FEDERAL DETENTION FACILITIES
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

U.S. DEPARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Lane, Darrell M_     _34692-00_  _A-2-110_  _Edgefield/F.C.I._
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT         INSTITUTION

Part A- INMATE REQUEST    I AM Asking for A Prostheses that ENABLES ME to
Access the EXERCISE Equipment that the other inmates use.
People with disabilities or handicaps Are Protected both
by the Constitution and by federal statutes
While there MAY be Equipment for People in wheelchairs My
situation is Somewhat more Unique in that, I Am An
amputee. therefore I cannot work out Any use of a treadmill,
exercise bike, or STAIR STEPPING without having a Properly fitted
esthetic Leg, which the bureau/Edgefield is refusing to
Aide therefore Committing A Constitutional violation of deliberate
difference And descrimination.
                                   Darrell Lane #34692-001
3-07-09                            SIGNATURE OF REQUESTER
DATE

Part B- RESPONSE

629975-F1

## REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy Number: 529975-F1

Part B-Response

This is in response to your Request for Administrative Remedy dated March 9, 2009, in which you request a "prosthesis that enables you to access the exercise equipment that the other inmates use." You allege the denial of such prosthetic leg violates your constitutional rights.

A review of your medical file reveals that you entered the Federal Bureau of Prisons system in April of 2008. During your intake physical examination, you reported having a train accident in October 2006. This accident resulted in a left above the knee amputation. Provision of a prosthetic leg for a pre-existing amputation is not considered medically necessary. Program Statement 6031.01 gives definitions of what would be considered medically necessary as stated in your previous Administrative Remedy Number 511620-F1, see attached.

A consultation with the Recreational Department revealed that specialized equipment is available for inmates in wheelchairs and is appropriate for use by inmates with leg amputations.

Therefore, based on the above information, there is no evidence your constitutional rights are being violated. Your request for Administrative Remedy is denied.

If dissatisfied with this response, you may submit an appeal on the appropriate form (BP-10), to the Regional Director's Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226. Your response must be received in their office within 20 calendar days from the date of this response.

_____                    4/2/09
M. M. Mitchell, Warden                      Date

RECEIPT – ADMINISTRATIVE REMEDY

DATE: MARCH 16, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      EDGEFIELD FCI

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI     UNT: A1/2M     QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 529975-F1
DATE RECEIVED   : MARCH 13, 2009
RESPONSE DUE    : APRIL 2, 2009
SUBJECT 1       : RECREATION, LEISURE ACTIVITIES
SUBJECT 2       :
INCIDENT RPT NO:

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Long Darnell M.     26692-001     A-2:116     Eda F.C.I.
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** THE A.D.A. Requires defendants to provide additional services and to make physical renovations if necessary to avoid excluding disabled persons from Programs and services. The Rehabilitation Act also calls for "Reasonable Accommodations" so I can partake of Prison Programs. There is actually no exercise equipment for an amputee (leg) to use. There is nothing whatsoever in the A.D.A. or Rehabilitation Act that states persons with Pre-Existing injuries shall be excluded from the benefits of either Act. The A.D.A. Requires the federal Government to promulgate regulations implementing the statute.

I Am not Required to Exhaust Administrative Remedies before suing under the "Public Entity" Provisions of Title II of the A.D.A.
SEE: 28 CFR 28 CFR § 35.178

4-6-09
DATE

Long Darnell Monroe
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
APR 13 2009
Re:_____
_____ Office - SERO
Bureau of Prisons

_____                    _____
DATE                                         REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: 529976-R1

**Part C—RECEIPT**

                                             CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____   _____   Previous editions not usable   _____   BP-230(13)
USP LVN         DATE                                         SIGNATURE, RECIPIENT OF REGIONAL APPEAL   APRIL 1982

Regional Administrative Remedy Appeal No: 529975-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
April 13, 2009. You allege the Americans with Disabilities Act (ADA) requires
reasonable accommodations for an amputee to receive proper exercise. You further
claim you are unable to exercise because you do not have a prosthetic leg. As relief,
you request a prosthetic leg.

An investigation revealed the Warden's response to your Request for Administrative
Remedy Number 529975-F1 is correct. Your medical records revealed your left leg was
amputated above the knee prior to your incarceration in October 2006. Further
investigation revealed the Recreation Department has a Hoggan Sprint Upper Body
Ergometer exercise machine that is wheel chair accessible and meets ADA standards.

You previously filed a Regional Administrative Remedy Appeal regarding your request
for a prosthetic leg, which was received in this office on December 8, 2008. The appeal
number previously assigned was 511620-R2. Your current appeal is repetitive and you
should refer to appeal number 511620-R2 if you have any questions regarding this
issue.

Health Services staff are aware of your medical history and will continue to assess,
evaluate, and monitor treatment for your condition. Should you experience any adverse
changes in your condition, return to sick call for reevaluation. We will continue to
provide medical care to you consistent with Bureau of Prisons' policy.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with
this response, you may appeal to the Office of General Counsel. Your appeal must be
received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW,
Washington, DC, 20534, within 30 calendar days of the date of this response.

5/8/09
_____
Date

_____
Regional Director, SERO

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 16, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI    UNT: A1/2M    QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID        : 529975-R1
DATE RECEIVED    : APRIL 13, 2009
RESPONSE DUE     : MAY 13, 2009
SUBJECT 1        : RECREATION, LEISURE ACTIVITIES
SUBJECT 2        :
INCIDENT RPT NO:

*527975-R1*

*LEG*

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 16, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      EDGEFIELD FCI

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI    UNT: A1/2M    QTR: A03-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 529975-F1
DATE RECEIVED   : MARCH 13, 2009
RESPONSE DUE    : APRIL 2, 2009
SUBJECT 1       : RECREATION, LEISURE ACTIVITIES
SUBJECT 2       :
INCIDENT RPT NO:

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **Long, Darnell M.**    **26692-001**    **A-2-116**    **Eda F.C.I.**
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**  THE A.D.A. Requires defendants to Provide Additional Services And to MAKE Physical renovations If NECESSARY to Avoid Excluding Disabled Persons from ProgRAMs And Services. The Rehabilitation ACT Also Calls For "Reasonable Accomodations" so I CAN PARTAKE of Prison ProgRAMs. THERE is Actually no exercise EquiPEMENT for An Amputee (leg) to use. There is nothing whatsoever in the A.D.A. or Rehabilitation ACT that states Persons with Pre-existing injuries shall be excluded from the benefits of either Act. The A.D.A. requires the federal Government to Promulgate Regulations implementing the STATUTE.

I Am not Required to Exhaust Administrative Remedies before suing under the "Public Entity" Provisions of Title II of the A.D.A.
SEE: 28 CFR 28 CFR § 35.178

_4-6-09_
DATE        _Long, Darnell Monroe_
                      SIGNATURE OF REQUESTER

**Part B—RESPONSE**

```
R E C E I V E
      APR 1 3 2009
Re_____
_____ SERO
```

_____     _____
DATE                           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: **529925-R1**

**Part C—RECEIPT**

                                  CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

USP LVN      DATE        Previous editions not usable ⊕_____    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

                                            BP-230(13)
                                            APRIL 1982

Regional Administrative Remedy Appeal No: 529975-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
April 13, 2009. You allege the Americans with Disabilities Act (ADA) requires
reasonable accommodations for an amputee to receive proper exercise. You further
claim you are unable to exercise because you do not have a prosthetic leg. As relief,
you request a prosthetic leg.

An investigation revealed the Warden's response to your Request for Administrative
Remedy Number 529975-F1 is correct. Your medical records revealed your left leg was
amputated above the knee prior to your incarceration in October 2006. Further
investigation revealed the Recreation Department has a Hoggan Sprint Upper Body
Ergometer exercise machine that is wheel chair accessible and meets ADA standards.

You previously filed a Regional Administrative Remedy Appeal regarding your request
for a prosthetic leg, which was received in this office on December 8, 2008. The appeal
number previously assigned was 511620-R2. Your current appeal is repetitive and you
should refer to appeal number 511620-R2 if you have any questions regarding this
issue.

Health Services staff are aware of your medical history and will continue to assess,
evaluate, and monitor treatment for your condition. Should you experience any adverse
changes in your condition, return to sick call for reevaluation. We will continue to
provide medical care to you consistent with Bureau of Prisons' policy.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with
this response, you may appeal to the Office of General Counsel. Your appeal must be
received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW,
Washington, DC, 20534, within 30 calendar days of the date of this response.

_5/8/09_
Date

_____
Regional Director, SERO

RECEIPT - ADMINISTRATIVE REMEDY


DATE: APRIL 16, 2009



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      EDGEFIELD FCI     UNT: A1/2M     QTR: A03-116L



THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID        : 529975-R1
DATE RECEIVED    : APRIL 13, 2009
RESPONSE DUE     : MAY 13, 2009
SUBJECT 1        : RECREATION, LEISURE ACTIVITIES
SUBJECT 2        :
INCIDENT RPT NO:

*527975-R1*

*LEG*

U.S. Department of Justice
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Long, Darnell M.    26692-001    A-2-116    Edgefield F.C.I.
　　　 LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

I Complainted for help ME Get A Leg. But Just As Well there is No Exercise Equipment here for ME to use, I NEED A Machine To help ME to work The Lower body Part Jot The upper body." I don't NEED Strength In the upper body Due to I Roll Myself In A wheelchair. I NEED help for the Strength in My Right Leg To Stay Strong To use when I Get A Prosthetic Leg. I Am Gaining Weight And Not Good for the heart. With he Proper Exercise Equipment. The Hoggan Sprint upper Body Ergometer for the upper Body. I NEED A Machine for the Lower body. Which They Have Nothing Whatsoever. A Amputated Person CAN use.

MAY 20. 2009
DATE

*Long Darnell M #26692-001*
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

JUN 0 3 2009

Administrative Remedy Section
Federal Bureau of Prisons

_____    _____
DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 529975-A1

**Part C—RECEIPT**
CASE NUMBER: _____

Return to: _____
　　　　　 LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    ⊗    _____    BP-231(13)
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    APRIL 1982
USP LVN

**Administrative Remedy No. 529975-A1**
**Part B- Response**

This is in response to your Central Office Administrative Remedy
Appeal in which you contend the Americans with Disabilities Act
(ADA) requires reasonable accommodations for an amputee to
receive proper exercise.  You further contend you are unable to
exercise because you do not have a prosthetic leg.  As relief,
you request a prosthetic leg.

Relevant portions of your medical record have been reviewed which
reveals your leg was amputated prior to your incarceration.  The
Recreation Department has an exercise machine that is wheelchair
accessible and meets ADA standards.  Medical staff explained to
you that provision of a prosthetic leg for a pre-existing
amputation is not medically necessary.  You are encouraged to
cooperate with staff so that they may continue to provide you
with essential healthcare.

The record reflects you are receiving medical care and treatment
in accordance with Bureau policy.  You are encouraged to attend
sick call if your condition changes.

Your appeal is denied.


_July 14, 2009_____
          Date

_____
          Harrell Watts, Administrator
          National Inmate Appeals

RECEIPT - ADMINISTRATIVE REMEDY


DATE: JUNE 26, 2009



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DARNELL MONROE LONG, 26692-001
      YAZOO CITY MED FCI    UNT: DELTA 1      QTR: D01-128L



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 529975-A1
DATE RECEIVED  : JUNE 3, 2009
RESPONSE DUE   : JULY 13, 2009
SUBJECT 1      : RECREATION, LEISURE ACTIVITIES
SUBJECT 2      : OTHER MEDICAL MATTERS
INCIDENT RPT NO: